**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO. 3:20cr18/MCR

MICHAEL JOE GREEN, II

_____/

### JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Count One of the Indictment following a trial on December 1 - 3, 2020, the defendant, MICHAEL JOE GREEN, II, is hereby ADJUDGED NOT GUILTY of the charge in Count One and the charge is hereby DISMISSED.  The United States Marshal Service is directed to release defendant from custody immediately upon processing.

**SO ORDERED** this 3rd day of December 2020.


_s/ M. Casey Rodgers_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**